# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK ALOISY NOWACKI,<br><br>                              Plaintiff,<br><br>v.<br><br>MIKAEL KOLTAI, LAW OFFICES OF MIKAEL KOLTAI, SWEDISH BOARD FOR STUDY SUPPORT, and DOES 1 to 50,<br><br>                              Defendants. | Case No.: 3:15-cv-00166-H-NLS<br><br>**ORDER:**<br><br>**(1) GRANTING JOINT MOTION TO DISMISS; AND**<br><br>**(2) DENYING DEFENDANT CSN'S MOTION TO DISMISS AS MOOT**<br><br>[Doc. Nos. 33, 46] |

On March 28, 2016, the parties filed a joint motion to dismiss the case with prejudice with each party to bear its own costs and attorneys' fees. (Doc. No. 46.) The Court grants the motion, dismisses the case, and directs the Clerk to close the case. Additionally, the Court denies Defendant CSN's pending motion to dismiss as moot. (Doc. No. 33.)

**IT IS SO ORDERED.**

DATED: March 29, 2016

*/s/ Marilyn L. Huff*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT